# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** : : : : Plaintiff, : : v. : No. 02-CV-7156 : **FINANCIAL WARFARE CLUB, INC. , et al.**, : : : Defendants. : : | |

## ORDER

**AND NOW**, this  22nd  day of July, 2009, it is **ORDERED** that Defendant Marcus Dukes' Motions for Discovery (Doc. #66), for Relief from Judgment or Order (Doc. # 68) and to Preserve Evidence and to Order the Securities and Exchange Commission to Reveal Status of Discovery Materials and Other Evidence (Doc. #70) are **DENIED.**

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to: