# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | NO. 02-CV-7156 |
| FINANCIAL WARFARE CLUB, INC. (MD), et al., | : : | |
| Defendants. | : | |

# **ORDER**

**AND NOW**, this _8th___ day of December 2010, it is **ORDERED** that Defendant Marcus Dukes's Motion for Relief from Order and to Reopen Judgment (Doc. 76) is **DENIED**.


s/Anita B.Brody

_____
ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: